AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Alexandra Avchukov et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-8106-VM |
| Avant Gardner, LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Billy Ting, Duoc Vo, Garry Huang, Jeffrey Wang, Joshua Chin, and Willy Ngo.

Date: 12/27/2023

*Attorney's signature*

Jacob Chen 5019286
*Printed name and bar number*
One Rockefeller Plaza, 1060
New York, NY 10020

*Address*

jchen@dgwllp.com
*E-mail address*

*Telephone number*

*FAX number*