# TRIEF & OLK
### ATTORNEYS AT LAW
#### 750 THIRD AVENUE
#### SUITE 2902
#### NEW YORK, NEW YORK 10017
—

TELEPHONE: (212) 486-6060          FACSIMILE: (212) 317-2946          NEW JERSEY OFFICE
EMAIL: FIRM@TRIEFANDOLK.COM                                                              9 KANSAS STREET
                                                                       HACKENSACK, NEW JERSEY 07601
                                                                                      (201) 343-5770

February 26, 2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     **Opposition to Motion to Extend Time,**
        _**Brockmole et al v. EZ Festivals LLC et al.**_**, 1:23-CV-08106-VM**

Dear Judge Garnett,

We represent Plaintiffs Anthony Palie, Dakota Bedell, Carl Corbo, Annabel Gould, Dolores Thompson, and Bridgette Winkelmann in the above-captioned consolidated class action. For the reasons set forth in the letter filed by counsel to Plaintiffs Avchukov, Chappat, Pereira, and Iyer (ECF No. 37), we join in opposing the letter motion filed by Defendants (ECF No. 36) seeking an additional extension, until March 21, 2024, of Defendants' deadline to answer or otherwise respond to the consolidated complaint, dated December 18, 2023.

Respectfully submitted,

Eyal Dror

cc (via ECF):

All counsel of record