**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NICOLE BROCKMOLE, et al.,

        Plaintiffs,

        -vs-

EZ FESTIVALS LLC, et al.,

        Defendants.
----------------------------------------------------------X

Civil Action No. 1:23-cv-08106

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

        **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 12th day of March, 2024, at approximately the time of 12:19pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND PROPOSED SUPPLEMENT AND AMENDED CLASS ACTION COMPLAINT** upon **GARDNER PURCHASER LLC** c/o CT Corporation at 28 Liberty Street, New York, NY 10005, by personally delivering and leaving the same with **VINCENZA CIPRIANO,** who informed deponent that she holds the position of intake specialist with that company and is authorized by appointment to receive service at that address.

        **VINCENZA CIPRIANO** is a white female, approximately 65 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 130 pounds with brown hair, brown eyes and glasses.

_____
**NELSON CARVAJAL, #2067766**

Sworn to before me this
13th day of March, 2024

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

#297239

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com