IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA AVCHUKOV, QUENTIN CHAPPAT, SANDRA MAESTRA PEREIRA, KRIS IYER, ANTHONY PALIE, DAKOTA BEDELL, CARL CORBO, ANNABEL GOULD, DOLORES THOMPSON, BRIDGETTE WINKELMANN, BILLY TING, DUOC VO, GARRY HUANG, JEFFREY HANG, JOSHUA CHIN, and WILLY NGO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>  - against -<br><br>AVANT GARDNER, LLC, EZ FESTIVALS, LLC, MADE EVENT, LLC and JURGEN BILDSTEIN,<br><br>                    Defendants. | Civil Action No. 1:23-cv-08106-MMG<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS CERTAIN DEFENDANTS AND COUNTS OF THE AVCHUKOV COMPLAINT**<br><br>**(Oral Argument Requested)** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Certain Defendants and Counts of the Avchukov Complaint, dated March 21, 2024, and upon all the pleadings and proceedings herein, Defendants AVANT GARDNER, LLC, EZ FESTIVALS, LLC, MADE EVENT, LLC and JURGEN BILDSTEIN will move this Court, before the Honorable Margeret M. Garnett, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Defendants AVANT GARDNER, LLC and JURGEN BILDSTEIN, as well as Counts 3, 5, 6, 7, and 8 of the Avchukov Plaintiffs' Consolidated Class Action Complaint, in their entirety with prejudice, on the grounds that Plaintiffs fail to state a claim upon which relief can be granted, and for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument with respect to this motion.

Dated: March 21, 2024
       New York, New York

Respectfully submitted,

KAUFMAN DOLOWICH, LLP

By: */s/ Patrick M. Kennell*
Patrick M. Kennell
  pkennell@kaufmandolowich.com
Kathleen A. Mullins
  kathleen.mullins@kaufmandolowich.com
40 Exchange Place – 20th Floor
New York, New York 10005
Tel: (212) 485-9600

*Attorneys for Defendants*
AVANT GARDNER, LLC, EZ FESTIVALS, LLC, MADE EVENT, LLC and JURGEN BILDSTEIN