**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NICOLE BROCKMOLE, et al,

        Plaintiffs,

-vs-

EZ FESTIVALS LLC, et al.,

        Defendants.
------------------------------------------------------X

Civil Action No. 1:23-cv-08106-MMG-JW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                     S.S.
COUNTY OF NEW YORK )

**NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 15th day of March, 2024, at approximately the time of 9:55am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND PROPOSED SUPPLEMENTAL AND AMENDED CLASS ACTION COMPLAINT** upon **WRE PARENT US HOLDING CORP INC** at 97-77 Queens Boulevard, Suite 620, Rego Park, NY 11374, by personally delivering and leaving the same with **OREN SAUBERMAN**, who informed deponent that he is authorized by appointment to receive service at that address.

**OREN SAUBERMAN** is a white male, approximately 54 years of age, stands approximately 5 feet 4 to 5 feet 5 inches tall, weighs approximately 165 pounds with brown hair, brown eyes and glasses.

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
15th day of March, 2024

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

#297240

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com