IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA AVCHUKOV, QUENTIN CHAPPAT, SANDRA MAESTRA PEREIRA, KRIS IYER, ANTHONY PALIE, DAKOTA BEDELL, CARL CORBO, ANNABEL GOULD, DOLORES THOMPSON, BRIDGETTE WINKELMANN, BILLY TING, DUOC VO, GARRY HUANG, JEFFREY HANG, JOSHUA CHIN, and WILLY NGO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>AVANT GARDNER, LLC, AGDP HOLDING, INC., EZ FESTIVALS, LLC, MADE EVENT, LLC and JURGEN BILDSTEIN,<br><br>Defendants. | Civil Action No. 1:23-cv-08106-MMG<br><br><br>**NOTICE OF JOINDER OF AGDP HOLDING, INC. IN THE DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO DISMISS CERTAIN DEFENDANTS AND COUNTS OF THE *AVCHUKOV* AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendant AGDP HOLDING, INC., by and through its undersigned counsel, hereby incorporates by reference, adopts the arguments made therein, and joins in the Defendants' Motion to Strike, or in the Alternative, to Dismiss Certain Defendants and Counts of the *Avchukov* Amended Consolidated Class Action Complaint (ECF Nos. 65-67) and respectfully requests that such motion be granted, together with such other relief as may be equitable and just.

Dated: May 21, 2024
       New York, New York

                                              Respectfully submitted,

                                              KAUFMAN DOLOWICH, LLP

                   By:    */s/ Patrick M. Kennell*
                            Patrick M. Kennell
                              pkennell@kaufmandolowich.com

>	Kathleen A. Mullins
>	  kathleen.mullins@kaufmandolowich.com
>	40 Exchange Place – 20th Floor
>	New York, New York 10005
>	Phone: (212) 485-9600
>	*Attorneys for Defendants*
>	AVANT GARDNER, LLC, AGDP
>	HOLDING, INC., EZ FESTIVALS, LLC,
>	MADE EVENT, LLC, and JURGEN
>	BILDSTEIN