IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BROCKMOLE, LAUREN BAIR and NICK ERCKLENTZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> - against -<br><br>EZ FESTIVALS LLC, AVANT GARDNER, LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, PHILLIP WIEDERKEHR, AGDP HOLDING INC., GARDNER PURCHASER LLC, WIEDERKEHR ASSOCIATES, STEWART PURCHASER LLC, WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG and JOHN DOES NO. 1-10,<br><br>        Defendants. | Civil Action No. 1:23-cv-08106-MMG<br><br><br><br>**NOTICE OF JOINDER OF CITYFOX, REYNARD PRODUCTIONS, AND AGDP HOLDING, INC. TO THE EZ DEFENDANTS' MOTION TO DISMISS CERTAIN DEFENDANTS AND COUNTS OF THE *BROCKMOLE* COMPLAINT** |

       Defendants CITYFOX, REYNARD PRODUCTIONS, and AGDP HOLDING, INC., by and through their undersigned counsel, hereby incorporate by reference, adopt the arguments made therein, and join in the EZ Defendants' Motion to Dismiss Certain Defendants and Counts of the *Brockmole* Amended Complaint (ECF Nos. 46-48) and respectfully request that such motion be granted, together with such other relief as may be equitable and just.

Dated: May 21, 2024
       New York, New York

                            Respectfully submitted,

                            KAUFMAN DOLOWICH, LLP

By:   */s/ Patrick M. Kennell*
       Patrick M. Kennell
        pkennell@kaufmandolowich.com

Kathleen A. Mullins
kathleen.mullins@kaufmandolowich.com
40 Exchange Place – 20th Floor
New York, New York 10005
Phone: (212) 485-9600
*Attorneys for Defendants*
AVANT GARDNER, LLC, EZ FESTIVALS, LLC, MADE EVENT, LLC, JURGEN BILDSTEIN, CITYFOX, REYNARD PRODUCTIONS, and AGDP HOLDING, INC.