IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA AVCHUKOV, QUENTIN CHAPPAT, SANDRA MAESTRA PEREIRA, KRIS IYER, ANTHONY PALIE, DAKOTA BEDELL, CARL CORBO, ANNABEL GOULD, DOLORES THOMPSON, BRIDGETTE WINKELMANN, BILLY TING, DUOC VO, GARRY HUANG, JEFFREY HANG, JOSHUA CHIN, and WILLY NGO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>- against -<br><br>AVANT GARDNER, LLC, AGDP HOLDING, INC., EZ FESTIVALS, LLC, MADE EVENT, LLC and JURGEN BILDSTEIN,<br><br>                Defendants. | Civil Action No. 1:23-cv-08106-MMG<br><br><br>**NOTICE OF APPEARANCE** |

**TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

I, KATHLEEN A. MULLINS, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant AGDP HOLDING, INC.

Dated: May 21, 2024
       New York, New York

                                              KAUFMAN DOLOWICH LLP

                           By:   /s/ *Kathleen A. Mullins*
                                              Kathleen A. Mullins
                                              kathleen.mullins@kaufmandolowich.com
                                              40 Exchange Place – 20th Floor
                                              New York, New York 10005
                                              Tel: (212) 485-9600