**PARKER POHL** LLP

99 Park Avenue, Suite 1510
New York, NY 10016
T 212-202-8886
F 646-924-3100
parkerpohl.com

Shelly L. Friedland
shelly.friedland@parkerpohl.com

August 6, 2024

<u>VIA ECF</u>

Hon. Jennifer Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: **Request for Adjournment of Class Certification Motion Briefing**
*Avchukov et al v. Avant Gardner, LLC et al.*, **1:23-CV-08106-VM**
<u>*Brockmole et al v. EZ Festivals LLC et al.*</u>, **1:23-CV-08106-VM**

Dear Magistrate Judge Willis,

On behalf of Plaintiffs in the above-referenced matters, we write to request an adjournment of the deadline for Plaintiffs' motion for class certification, which is presently due on August 8, 2024. We are requesting this extension due to scheduling issues that have arisen for Plaintiff's counsel. We have not previously requested any extensions of this deadline. Counsel for Defendants has consented to this request.

Accordingly, we request the following briefing schedule:

| | |
|---|---|
| Plaintiffs' opening brief: | August 29, 2024 |
| Defendants' opposition: | September 30, 2024 |
| Plaintiffs' reply brief: | October 18, 2024 |

We are available at your convenience if you have questions on this matter.

Respectfully submitted,

*/s/ Shelly L. Friedland*

Shelly L. Friedland