UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NICOLE BROCKMOLE, LAUREN BAIR and NICK ERCKLENTZ, on behalf of themselves and all others similarly situated,

          Plaintiff,

- against -

EZ FESTIVALS LLC, AVANT GARDNER, LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, PHILLIP WIEDERKEHR, AGDP HOLDING INC., GARDNER PURCHASER LLC, WIEDERKEHR ASSOCIATES, STEWART PURCHASER LLC, WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG and JOHN DOES NO. 1-10,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:23-cv-08106-VM

**NOTICE OF APPERANCE**

   **PLEASE TAKE NOTICE**, that Richard W. Boone Jr., of **WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP**, hereby appears as counsel for Defendants, **PHILLIP WIEDERKEHR**, **GARDNER PURCHASER LLC**, **WIEDERKEHR ASSOCIATES AG**, **STEWART PURCHASER LLC**, and **WRE HOLDING AG** in the above captioned action. Service of all pleadings, papers, and documents required to be served in this action should be served on counsel at the office address stated below.

Dated: New York, New York
    August 7, 2024

               Respectfully submitted,

               WILSON, ELSER, MOSKOWITZ,
               EDELMAN & DICKER LLP

           By: */s/ Richard W. Boone Jr.*
             Richard W. Boone Jr. Esq.
             150 E 42nd Street
             New York, NY 10017
             (212) 915-5972
             Email: richard.boone@wilsonelser.com