IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BROCKMOLE, LAUREN BAIR and NICK ERCKLENTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ FESTIVALS LLC, AVANT GARDNER LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, PHILIPP WIEDERKEHR, AGDP HOLDING INC., GARDNER PURCHASER LLC, WIEDERKEHR ASSOCIATES, STEWART PURCHASER LLC, WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG and JOHN DOES NO. 1-10,<br><br>Defendants. | Civil Action No.: 1:23-cv-08106-MMG<br><br>NOTICE OF THE WRE DEFEDANTS MOTION TO DISMISS CERTAIN DEFENDANTS AND COUNTS OF THE BROCKMOLE COMPLAINT<br><br>**(Oral Argument Requested)** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Richard W. Boone Jr., Defendants WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILIPP WIEDERKEHR (collectively "Moving Defendants"), by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, will move this Court located at 40 Foley Square, New York, NY 10007, for an Order, dismissing the Moving Defendants as well as Counts I, II, III, and VII of the Brockmole Plaintiffs' Supplemental and Amended Class Action Complaint (Dkt. No. 23) in their entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules

1

of Civil Procedure. For the reasons discussed in WRE Defendant's Memorandum of Law, Plaintiffs have failed to state any claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the Moving Defendants respectfully request oral argument with respect to this motion.

Dated: August 7, 2024
New York, New York

*/s/ Richard W. Boone Jr.*
Richard W. Boone Jr.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail: richard.boone@wilsonelser.com

*Attorneys for Defendants WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILIPP WIEDERKEHR*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. By registering with the Court's CM/ECF system, each has consented to electronic service via this method.

DATED: This 7th day of August 2024

        */s/ Richard W. Boone Jr.*
        Richard W. Boone Jr.
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        150 East 42nd Street
        New York, NY 10017
        Telephone: (212) 490-3000
        Fax: (212) 490-3038
        E-mail: richard.boone@wilsonelser.com

        *Attorneys for Defendants WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILIPP WIEDERKEHR*