IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BROCKMOLE, LAUREN BAIR and NICK ERCKLENTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ FESTIVALS LLC, AVANT GARDNER LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, PHILLIP WIEDERKEHR, AGDP HOLDING INC., GARDNER PURCHASER LLC, WIEDERKEHR ASSOCIATES, STEWART PURCHASER LLC, WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG and JOHN DOES NO. 1-10,<br><br>Defendants. | Civil Action No.: 1:23-cv-08106-MMG<br><br>DECLARATION OF RICHARD W. BOONE JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CERTAIN DEFENDANTS AND COUNTS OF THE BROCKMOLE COMPLAINT<br><br>**(Oral Argument Requested)** |

**DECLARATION OF RICHARD W. BOONE JR. IN SUPPORT OF MOTION BY WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES AG, GARDNER PURCHASER LLC, STEWART PURCHASER LLC, AND PHILIPP WIEDERKEHR TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Richard W. Boone Jr., under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for Defendants WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILIPP WIEDERKEHR (collectively "Moving Defendants"), and as such I am fully familiar with the facts and

1

circumstances of this matter as contained in the files maintained regarding this matter, and the prior pleadings and proceeding herein.

2. I submit this declaration with the attached exhibit and accompanying Memorandum of Law in Support of the Moving Defendants' Motion to Dismiss.

3. A true and accurate copy of a printed version of a website page retrieved from: https://www.reddit.com/r/electriczoo/comments/16a3evx/why_were_electric_zoo_permits_approved/ on August 7, 2024 is annexed hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is a true and correct.

DATED this 7th day of August 2024, at New York, New York.

Dated: August 7, 2024
New York, New York

*/s/ Richard W. Boone Jr.*
Richard W. Boone Jr.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail: richard.boone@wilsonelser.com

*Attorneys for Defendant WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILLIP WIEDERKEHR*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. By registering with the Court's CM/ECF system, each has consented to electronic service via this method.

DATED: This 7th day of August 2024

                                      */s/ Richard W. Boone Jr.*
                                      Richard W. Boone Jr.
                                      WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP
                                      150 East 42nd Street
                                      New York, NY 10017
                                      Telephone: (212) 490-3000
                                      Fax: (212) 490-3038
                                      E-mail: richard.boone@wilsonelser.com

                                      *Attorneys for Defendant WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG, WIEDERKEHR ASSOCIATES, GARDNER PURCHASER LLC, STEWART PURCHASER LLC and PHILLIP WIEDERKEHR*