SQUITIERI & FEARON, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel:  212.421.6492
Fax:  212.421.6553
www.sfclasslaw.com



**Olimpio Lee Squitieri**
lee@sfclasslaw.com

**VIA ECF**

Honorable Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

> This request is GRANTED.
>
> SO ORDERED.
>
> _____
> Jennifer E. Willis.
> United States Magistrate Judge
>
> August 29, 2024

Re:  *Brockmole, et al. v. EZ Festivals LLC, et al.*
     *Avchukov, et al. v. Avant Gardner LLC, et al.*
     *Palie, et al. v. EZ Festivals LLC, et al.*
     *Ting, et al. v. Avant Gardner LLC, et al.*
     Civil Action No.: 1:23-cv-08106 (MMG)(JW) (Consolidated)

Dear Judge Willis:

Our law firm represents plaintiffs Nicole Brockmole, Lauren Bair, and Nicholas Ercklentz (the "Brockmole Plaintiffs") in the above-referenced matter.

Pursuant to Rule I.G. of Your Honor's Individual Practices, we write on consent of Defendants Gardner Purchaser LLC, Stewart Purchaser LLC, WRE Holding AG, WRE MANAGEMENT LLC, WRE Parent US Holding Corp. Inc., Phillip Wiederkehr, and Wiederkehr Associates (collectively "Defendants") to respectfully request an extension of time for the Brockmole Plaintiffs to oppose or otherwise respond to Defendants' motion to dismiss (ECF No. 107-109) until **September 10, 2024**.  The Brockmole Plaintiffs further request Defendants time to reply be extended until **October 1, 2024**.

This is the Brockmole Plaintiffs' first request for an extension of their time to oppose or otherwise respond to Defendants' motion to dismiss. As noted, counsel for Defendants' consent to this extension. The requested extension will not affect any other scheduled dates in this matter.

Honorable Judge Jennifer E. Willis
August 22, 2024
Page 2

We appreciate the Court's consideration of this request.

Respectfully,

*Lee S[...]*

Lee Squitieri

LS:mm