UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BROCKMOLE, ET AL.,

                    Plaintiffs,                    **ORDER**

         -against-                     **23-CV-8106 (JW)**

EZ FESTIVALS LLC, ET AL.,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant's request to adjourn the October 8, 2024 settlement conference. Dkt. No. 115. Plaintiff opposes this request. Dkt. No. 116. Defendant's request is GRANTED. The pre-settlement conference scheduled October 2, 2024 and settlement conference scheduled October 8, 2024 are adjourned *sine die*.

Defendant is directed to send an *ex parte* email to the Court providing the details of the reason for their adjournment request. The parties are directed to meet and confer regarding potential dates for a pre-settlement conference and settlement conference. The settlement conference is to be one week after the pre-settlement conference. Once in receipt of Defendant's *ex parte* email, the Court will determine the forthcoming settlement conference dates.

SO ORDERED.

DATED:    New York, New York
              October 2, 2024

                                                            */s/ Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge