**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN THE MATTER OF AN APPLICATION TO
BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE IN A
PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Brockmole et al. v. EZ Festivals LLC, et al*., No. 23-08106. The date(s) for which such authorization is provided is April 11, 2025.

| Attorney | Device(s) |
|---|---|
| 1. Lee Squitieri | 1 iPhone; 1 iPad |
| 2. Fletcher Moore | 1 iPhone; 1 Laptop |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Dated:

_____
United States Judge