**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BROCKMOLE *et al.*,

                       Plaintiffs,

            -against-

EZ FESTIVALS, LLC *et al.*,

                       Defendants.
------------------------------------------------------------X

**ORDER**

**23-CV-8106 (MMG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A settlement conference was held on May 9, 2025. A settlement was not reached. The Parties are directed to inform the Court by May 30, 2025 as to whether they wish to proceed with another settlement conference.

        SO ORDERED.

DATED:    New York, New York
              May 9, 2025

                                                             *Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge