**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BROCKMOLE *et al.*,

                  Plaintiffs,          **ORDER**

      -against-            **23-CV-8106 (MMG) (JW)**

EZ FESTIVALS, LLC *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court has received the parties' ex parte settlement letters. The settlement conference will proceed as scheduled tomorrow, but the parties are directed to prepare for a discussion about discovery deadlines on the record at the conclusion of the settlement conference if time permits.

    SO ORDERED.

DATED:    New York, New York
               June 24, 2025

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge