**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BROCKMOLE *et al.*,

                      Plaintiffs,                      **ORDER**

             -against-                           **23-CV-8106 (MMG) (JW)**

EZ FESTIVALS, LLC *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference was held today. Plaintiffs have until July 11, 2025 to relay their counteroffer to the Defendants. Defendants are to provide Plaintiffs a discovery memo detailing the steps they have taken by July 1, 2025. Parties are to meet and confer and provide the Court a joint status letter to by July 11, 2025 with a proposed discovery schedule.

      SO ORDERED.

DATED:    New York, New York
               June 25, 2025

                                                         _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge