# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 10005
Telephone: 212.485.9600
Facsimile: 212.485.9700
www.kaufmandolowich.com

**Patrick M. Kennell**
E: pkennell@kaufmandolowich.com
D: 646.599.9420

August 1, 2025

**VIA ECF**

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

Re:   **JOINT LETTER REGARDING FURTHER SETTLEMENT CONFERENCE**

*Brockmole, et al. v. EZ Festivals LLC, et al.*
*Avchukov, et al. v. Avant Gardner, LLC, et al.*
*Palie, et al. v. EZ Festivals LLC, et al.*
*Ting, et al. v Avant Gardner LLC, et al.*
Case No. 1:23-cv-08106-VM (Consolidated)

Dear Judge Willis:

    Our firm represents Defendants EZ Festivals LLC, Avant Gardner LLC, Made Event LLC, Jurgen Bildstein, CityFox, Reynard Productions, and AGDP Holding, Inc. in the above four putative class action lawsuits. Together with counsel for all Plaintiffs, we write pursuant to the Court's July 14, 2025 Order (ECF No. 138) regarding the parties' intention for further settlement conferencing with Your Honor.

    As the parties continue to discuss among themselves a possible framework for resolution of these matters, **we do not seek another judicially assisted settlement conference at this time**. We all sincerely appreciate the time and investment the Court has offered thus far—which we all believe has progressed the discussion in this case.

    We thank the Court for its continued help in this matter.

Case 1:23-cv-08106-MMG-JW   Document 139   Filed 08/01/25   Page 2 of 2

Hon. Jennifer E. Willis, U.S.M.J.
Re: *Brockmole, et al. v. EZ Festivals LLC, et al.* (1:23-cv-08106-VM) (Consolidated)
August 1, 2025
Page 2

---

Respectfully submitted,

| | |
|---|---|
| KAUFMAN DOLOWICH LLP | SQUITIERI & FEARON, LLP |
| /s/ Patrick M. Kennell | /s/ Lee Squitieri (With Permission) |
| Patrick M. Kennell | Lee Squitieri |
|   pkennell@kaufmandolowich.com |   lee@sfclasslaw.com |
| Kathleen A. Mullins | *Attorneys for Brockmole Plaintiffs* |
|   kathleen.mullins@kaufmandolowich.com | |
| *Attorneys for Defendants* | |
| EZ FESTIVALS, LLC, AVANT GARDNER, LLC, MADE EVENT LLC, and JURGEN BILDSTEIN | |
| | |
| MOORE KEUHN, PLLC | CORBETT RIGHTS, P.C. |
| /s/ Fletcher Moore (With Permission) | /s/ Jonathan Corbett (With Permission) |
| Fletcher Moore | Jonathan Corbett |
|   fmoore@moorekuehn.com |   jon@corbettrights.com |
| *Attorneys for Brockmole Plaintiffs* | *Attorneys for Avchukov Plaintiffs* |
| | |
| DGW KRAMER, LLP | TRIEF & OLK |
| /s/ Jacob Chen (With Permission) | /s/ Eyal Dror (With Permission) |
| Jacob Chen | Eyal Dror |
|   jchen@dgwllp.com |   edror@triefandolk.com |
| Rita Wang | *Attorneys for Palie Plaintiffs* |
|   rita@dgwllp.com | |
| *Attorneys for Ting Plaintiffs* | |
| | |
| PARKER POHL LLP | |
| /s/ Shelly L. Friedland (With Permission) | |
| Shelly L. Friedland | |
|   shelly.friedland@parkerpohl.com | |
| *Attorneys for Palie Plaintiffs* | |