UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BROCKMOLE *et al.*,

                Plaintiffs,                **ORDER**

      -against-                      **23-CV-8106 (MMG) (JW)**

EZ FESTIVALS, LLC *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has received notice that defendants EZ Festivals LLC, Avant Gardner LLC, Made Event LLC, AGDP Holding Inc., and Reynard Productions LLC (collectively "Defendants") filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware. Dkt. No. 22. In light of the automatic stay provisions of 11 U.S.C. § 362, proceedings in this action are stayed without prejudice to an application to the bankruptcy court for relief from the automatic stay. In absence of such relief, the parties shall file a joint status report on October 1, 2025, and the first day of each calendar quarter, e.g. January 1st, April 1st, July 1st, and October 1st, thereafter. The joint status report should discuss whether the bankruptcy case is still pending and whether this case should remain stayed.

      SO ORDERED.

DATED:    New York, New York
               August 6, 2025

                                                    *Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge