# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 10005
Telephone: 212.485.9600

**Kathleen A. Mullins**
E: kathleen.mullins@kaufmandolowich.com

April 1, 2026

The Parties are to provide a joint letter by April 23, 2026 as to whether they believe the stay should be lifted in this case. Plaintiffs are to inform the Court in the letter which Defendants they plan to continue to pursue claims against in this case.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
April 2, 2026

**VIA ECF**

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

Re:    **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF STAY**

> *Brockmole, et al. v. EZ Festivals LLC, et al.*
> *Avchukov, et al. v. Avant Gardner, LLC, et al.*
> *Palie, et al. v. EZ Festivals LLC, et al.*
> *Ting, et al. v Avant Gardner LLC, et al.*
>
> Case No. 1:23-cv-08106-VM (Consolidated)

Dear Judge Willis:

We represent the Defendants EZ Festivals LLC, Avant Gardner LLC, Made Event LLC, Jurgen Bildstein, CityFox, Reynard Productions, and AGDP Holding, Inc. (the "EZ Defendants") in the above four punitive class action lawsuits. We write together with counsel for all Plaintiffs, pursuant to Your Honor's January 6, 2026 Order, to provide a quarterly update on the status of the EZ Defendants' Chapter 11 bankruptcy petition filed on August 4, 2025.

Plaintiffs in the putative class actions previously filed proof of claims both individually and on behalf of the putative classes they represent in the Chapter 11 proceedings. On October 2, 2025, Plaintiffs filed a motion in the proceedings petitioning the Bankruptcy Court to lift the automatic stay in order to, among other things, seek class certification in this Court and to proceed against all non-Debtor parties in the putative class action lawsuits. On March 9, 2026, a settlement was reached between Avant Gardner's bankruptcy estate and the Brockmole, Palie and Ting Plaintiffs, which was so-ordered by the Bankruptcy Court on March 9, 2026. The settlement establishes a class of plaintiffs consisting of those who purchased tickets for Friday, September 1, 2023 of the EZoo Festival and who have not yet received refunds, and all persons who purchased tickets for Sunday, September 3, 2023 of the EZoo Festival and whose tickets were both (i) not scanned, and (ii) not refunded. Pursuant to the settlement, the exclusive right of the established Class against the "Debtors" (i.e., AGDP Holding, Inc.; Avant Gardner LLC; AG Management Pool, LLC; EZ Festivals, LLC; Made Event, LLC; and Reynard Productions, LLC) is limited to a

$4 million allowed claim, to be paid by the liquidating trust established by the plan, and using any available insurance proceeds. Plaintiffs intend to pursue the claims against the non-debtor defendants.

The confirmed chapter 11 plan will take effect upon the Debtor's filing of a Notice of Effective Date.

Respectfully submitted,

SQUITIERI & FEARON, LLP

*/s/ Lee E Squitieri*
Lee Squitieri
  lee@sfclasslaw.com
*Attorneys for Brockmole Plaintiffs*

MOORE LAW PLLC

*/s/ Fletcher Moore*
Fletcher Moore
  fletcher@fmoorelaw.com
*Attorneys for Brockmole Plaintiffs*

DGW KRAMER, LLP

*/s/Jacob Chen*
Jacob Chen
  jchen@dgwllp.com
Rita Wang
  rita@dgwllp.com
*Attorneys for Ting Plaintiffs*

PARKER POHL LLP

*/s/ Shelly L. Friedland*
Shelly L. Friedland
  shelly.friedland@parkerpohl.com
*Attorneys for Palie Plaintiffs*

KAUFMAN DOLOWICH LLP

*/s/ Kathleen A. Mullins*
Patrick M. Kennell
  pkennell@kaufmandolowich.com
Kathleen A. Mullins
  kathleen.mullins@kaufmandolowich.com
*Attorneys for Defendants*
EZ FESTIVALS, LLC, AVANT GARDNER, LLC, MADE EVENT LLC, and JURGEN BILDSTEIN

CORBETT RIGHTS, P.C.

*/s/ Jonathan Corbett*
Jonathan Corbett
  jon@corbettrights.com
*Attorneys for Avchukov Plaintiffs*

TRIEF OLK& DROR

*/s/ Eyal Dror*
Eyal Dror
  edror@triefandolk.com
*Attorneys for Palie Plaintiffs*