# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 10005
Telephone: 212.485.9600
Facsimile: 212.485.9700
www.kaufmandolowich.com

**Patrick M. Kennell**
E: pkennell@kaufmandolowich.com
D: 646.599.9420

May 7, 2026

**VIA ECF**

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

Re:     **JOINT CASE DEADLINES SUBMISSION**

*Brockmole, et al. v. EZ Festivals LLC, et al.*
*Avchukov, et al. v. Avant Gardner, LLC, et al.*
*Palie, et al. v. EZ Festivals LLC, et al.*
*Ting, et al. v Avant Gardner LLC, et al.*

Case No. 1:23-cv-08106-VM (Consolidated)

Dear Judge Willis:

We represent the remaining Defendant Jurgen Bildstein[1] in the above four putative class action lawsuits.  As directed by the Court's April 30, 2026 Memo Endorsement Order, (ECF No. 149), we write jointly with Co-Defendants' and Plaintiffs' counsel to set forth the parties' positions on new deadlines for this case.

Defendants' Position:

By May 15, 2025, all remaining Defendants intend to file a letter-motion seeking a discretionary stay of further discovery and proceedings, pending decision on the pending motions to dismiss.

---

[1]     All Plaintiffs reached a settlement with Defendants EZ Festivals LLC, Avant Gardner LLC, Made Event LLC, CityFox, Reynard Productions, and AGDP Holding, Inc. in a now-concluded bankruptcy proceeding.  As set forth in the parties' April 23, 2026 Joint Letter to the Court (ECF No. 148), Plaintiffs intend to pursue their claims as against Mr. Bildstein as well as the Brockmole Plaintiffs' claims against Mr. Bildstein and the Landlord Defendants, *i.e.*, Phillip Wiederkehr, Gardner Purchaser, LLC, Wiederkehr Associates, Stewart Purchaser LLC, WRE Parent US Holding Corp., Inc., WRE Management LLC, and WRE Holding AG.

Hon. Jennifer E. Willis, U.S.M.J.
Re: *Brockmole, et al. v. EZ Festivals LLC, et al.* (1:23-cv-08106-VM) (Consolidated)
May 7, 2026
Page 2

_____

As will be outlined in the remaining Defendants' motion, significant discovery has already been completed in this case, but expensive fact depositions and expert work remain. At the same time, the only surviving claims against the remaining Defendants are all subject to fully briefed motions to dismiss that are pending decision by the Court.

Specifically, with respect to the *Brockmole* Action, there are two pending motions to dismiss filed by the remaining Defendants (ECF Nos. 46 and 107), which are fully briefed and awaiting a decision. Those motions to dismiss present significant questions of whether any of the remaining claims against the remaining Defendants can proceed at all. Given that the motions to dismiss may eliminate some or all the remaining claims and Defendants, the remaining Defendants respectfully submit that a limited and temporary stay of further discovery or other proceedings, pending the issuance of decisions on the motions to dismiss, is warranted.

In addition, as will be discussed further in the remaining Defendants' forthcoming motion, there are outstanding issues regarding the extent of available D&O insurance for counsel to continue to defend Mr. Bildstein in both the *Brockmole* and consolidated *Avchukov* Actions. As the Court may recall from prior discussions in this matter, significant sums of the D&O proceeds were expended in discovery to date. It is thus the remaining Defendants' position that a limited and temporary stay of further discovery and proceedings in this matter is appropriate to conserve the resources of the remaining Defendants.

Plaintiffs' Position:

It is Plaintiffs' position that this case is ready to resume discovery at this time. Absent the extraordinarily unlikely result that the Court dismisses all claims against all remaining defendants *and* that leave to amend is denied or proves futile, no resources would be wasted. For example, Jurgen Bildstein – the sole owner of many of the business entities sued here – has been clearly alleged to have both personally participated in creating the circumstances leading to Plaintiffs' injuries as well as to have directed his other business entities to provide support. First Amended Consolidated Complaint, ¶¶ 2, 135-140. Plaintiffs' allegations for direct liability and for piercing the corporate veil are strong and Plaintiffs should, at the very least, be entitled to depose Mr. Bildstein to obtain further evidence in both regards. Defendants' lack of insurance money to cover defense counsel is not a recognized reason to stay proceedings, nor is there any explanation for why their "forthcoming motion" to stay discovery could not have been filed already, or what it could possibly add to what they have said *supra*.

Notwithstanding, Plaintiffs propose the following schedule that would allow Defendants time to file, and the Court time to review, any motions that are currently or imminently on the table (with timeframes counting from the date of the Court's order endorsing this schedule):

Deposition of Bildstein – 6 weeks

All Other Depositions – 12 weeks

Any Remaining Written Discovery – 12 weeks

Hon. Jennifer E. Willis, U.S.M.J.
Re: *Brockmole, et al. v. EZ Festivals LLC, et al.* (1:23-cv-08106-VM) (Consolidated)
May 7, 2026
Page 3

_____

Designation of Experts – 16 weeks

Depositions of P's Experts – 20 weeks

Depositions of D's Experts – 24 weeks

Discovery Motion Deadline – 28 weeks

Dispositive/All Motions Deadline – 4 weeks after disposition of last timely-filed discovery motion or, if none filed, after the discovery motion deadline.

We appreciate the Court's consideration of this submission.  We are available if Your Honor would like to discuss.

Respectfully submitted,

KAUFMAN DOLOWICH LLP

/s/ Patrick M. Kennell (With Permission)
Patrick M. Kennell
   pkennell@kaufmandolowich.com
Kathleen A. Mullins
   kathleen.mullins@kaufmandolowich.com
*Attorneys for Defendants*
EZ FESTIVALS, LLC, AVANT
GARDNER, LLC, MADE EVENT LLC,
JURGEN BILDSTEIN, CITYFOX,
REYNARD PRODUCTIONS, and AGDP
HOLDING, INC.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/s/ Richard W. Boone, Jr. (With Permission)
Richard W. Boone, Jr.
   richard.boone@wilsonelser.com
Kieran R. Lang
   kieran.lang@wilsonelser.com
*Attorneys for Defendants*
*WRE PARENT US HOLDING CORP., INC.,*
*WRE MANAGEMENT LLC, WRE HOLDING*
*AG, WIEDERKEHR ASSOCIATES,*
*GARDNER PURCHASERS LLC, STEWART*
*PURCHASER LLC and PHILIP*
*WIEDERKEHR*

MOORE LAW, PLLC

/s/ Fletcher Moore (With Permission)
Fletcher Moore
   fmoore@fmoorelaw.com
*Attorneys for Brockmole Plaintiffs*

SQUITIERI & FEARON, LLP

/s/ Lee Squitieri (With Permission)
Lee Squitieri
   lee@sfclasslaw.com
*Attorneys for Brockmole Plaintiffs*

PARKER POHL LLP

/s/ Shelly L. Friedland (With Permission)
Shelly L. Friedland
   shelly.friedland@parkerpohl.com
*Attorneys for Palie Plaintiffs*

TRIEF OLK & DROR

/s/ Eyal Dror (With Permission)
Eyal Dror
   edror@triefandolk.com
*Attorneys for Palie Plaintiffs*

Hon. Jennifer E. Willis, U.S.M.J.
Re: *Brockmole, et al. v. EZ Festivals LLC, et al.* (1:23-cv-08106-VM) (Consolidated)
May 7, 2026
Page 4

_____

DGW KRAMER, LLP

/s/ Jacob Chen (With Permission)
Jacob Chen
  jchen@dgwllp.com
Rita Wang
  rita@dgwllp.com
*Attorneys for Ting Plaintiffs*

CORBETT RIGHTS, P.C.

/s/ Jonathan Corbett
Jonathan Corbett
  jon@corbettrights.com
*Attorneys for Avchukov Plaintiffs*