**PARKER POHL** LLP

99 Park Avenue | T 212-202-8886
Suite 1510 | F 646-924-3100
New York, NY 10016 | parkerpohl.com

Shelly L. Friedland
shelly.friedland@parkerpohl.com

August 11, 2026

**VIA ECF**
Honorable Judge Jennifer E. Willis. U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

> Re:   *Brockmole, et al. v. EZ Festivals LLC, et al.*
> *Avchukov, et al. v. Avant Gardner LLC, et al.*
> *Palie, et al. v. EZ Festivals LLC, et al.*
> *Ting, et al. v. Avant Gardner LLC, et al.*
> Civil Action No.: 1:23-cv-08106 (MMG)(JW) (Consolidated)

Dear Magistrate Judge Willis:

We write on behalf of Plaintiff Anthony Palie. With Defendants' consent, we respectfully request that the Court so-order the enclosed Stipulation and [Proposed] Order, which will remove Mr. Palie as a party pursuant to Rule 21 of the Federal Rules of Civil Procedure, dismiss his individual claims without prejudice pursuant to Rule 41(a)(1)(A)(ii), and direct the Clerk to terminate Mr. Palie as a party.

Mr. Palie is one of fifteen named Plaintiffs in this consolidated putative class action, and he wishes to withdraw. No class has been certified, and the remaining fourteen named Plaintiffs will continue to prosecute the claims asserted in the operative Amended Consolidated Class-Action Complaint on behalf of themselves and the putative class. Mr. Palie's withdrawal therefore will not prejudice the putative class or any absent putative class member. Indeed, because no Defendant has served an answer, Mr. Palie could dismiss his claims unilaterally by notice under Rule 41(a)(1)(A)(i). The parties nonetheless submit the enclosed Stipulation so that the Court may formally drop him as a party under Rule 21 and amend the caption accordingly.

The parties respectfully submit that the enclosed Stipulation may be so-ordered notwithstanding the stay entered by this Court by Order dated June 18, 2026 (ECF No. 154). The relief requested here is consensual and ministerial: it removes a single Plaintiff without prejudice, does not bear on the merits or on the pending motions, and does not disturb the stay, which will remain in full force and effect as to all remaining parties and claims.

Counsel for Defendants and counsel for the other named Plaintiffs consent to this request and have executed the enclosed Stipulation.

We thank the Court for its attention to this matter.

Respectfully submitted,

PARKER POHL LLP

*Shelly L. Friedland*

By: Shelly L. Friedland
99 Park Avenue, Suite 1510
New York, NY 10116

-and-

TRIEF OLK & DROR
Eyal Dror
800 Third Avenue, 29th Floor
New York, NY 10022
*Attorneys for Plaintiff Anthony Palie*

Encl.: Stipulation and [Proposed] Order

cc:  All counsel of record (via ECF)

2